NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: APPLE INC.,**
*Petitioner*

---

2023-100

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00984-ADA, Judge Alan D. Albright.

---

## ON PETITION AND MOTION

---

## O R D E R

Upon consideration of Apple Inc.'s unopposed motion to dismiss its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted to the extent that the petition is deemed withdrawn.

FOR THE COURT

November 14, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court